Attorneys for Plaintiff(s)
GARY BARNETT
1812 50th STREET,
LOS ANGELES CALIFORNIA
90062

MR RUBEN A LAGUARDIA
SonSonate Grill Restaurant
5011 S WESTERN AVENUE
LOS ANGELES CALIFORNIA
90062-2330

FILED
CLERK, U.S. DISTRICT COURT

NOV 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GARY BARNETT

PLAINTIFF(S)

v.

MR RUBEN A LAGUARDIA
Sulma Janeth Ayala Navarrete
Sandra Martinez

DEFENDANT(S).

CASE NUMBER
CV08-7542 RSWL (VBKx)

COMPLAINT FOR
puble Political Corruption
Illegal WorKers who have
gained Access To Critical
Infrastructure WorKsites,

mr Ruben Laguardia and his employers are illegal worKers
who enter The state of California doing Bad Business
at This SonSonate Grill Restaurant mr RubeN A Laguardia
pay his Employers CASH Not check so They would Not
pay Thier Taxes like Everybody eles By Laws. I saw mr
RubeN Laguardia hand his employers cash. and his Employers
had Failure To Pay Tax and Failure To File Return and Unreported
income, They Violations of The Internal Revenue Law. I did
Call By phone To Internal Revenue Service. and call U.S.
Immigration And Customs EnForcement To Let Them
Know About The Corruption Business at This SonSonate Grill
Restaurant. it Not Fair For other poeple pay Thier Tax who
work Hard To make a Liveing. and I would want Justice
To Be done on it. I am a U.S. Citizen of This State.

1. We investigate employers and Target illegal Workers who
have gained Access To Critical inFrastructure work sites
2. We help To identify Fraudulent immigration BeneFit
applications and Fraudulent illegal Document ManuFacture
and Target Violators Through our Identity and BeneFit
Fraud Program.

5 - Civil Filing Fee(1)
$150.00

11 - Special Fund F/F(1)
$100.00

Filing Fee - Special(1)
$100.00
350.00

3, Criminal Organizations That Smuggle And Traffic in humans Across our Borders Through our Human Smuggling And Trafficking Initiative.

4, We aggressively Seek To destroy The Financial ~~infrastructa~~ infrastructure That Criminal organizations use To Earn, Move and store illicit Funds Through our Cornerstone Initiative.

| Form **3949 A** (Rev. 2-2007) | Department of the Treasury – Internal Revenue Service<br>**Information Referral**<br>*(See instructions on reverse)* | OMB # 1545-1960 |
| --- | --- | --- |

**1. Taxpayer Name**
Sandra Martinez

**a. Street Address**
3415 6 Ave

**b. City/State/ZIP**
Los Angeles C.A. 90018

**c. Social Security Number (SSN)**

**d. Occupation**

**e. Date of Birth**

**2. Business Name**
Sonsonate Grill Restaurant

**a. Street Address**
5011 S Western Avenue

**b. City/State/ZIP**
Los Angeles California 90062-2330

**c. Employer Identification Number**

**d. Principal Bus Activity**

**3. Marital Status**
☐ Married  ☒ Single  ☐ Head of Household
☐ Divorced  ☐ Separated

**3a. Name of Spouse**

**4. Alleged Violation of Income Tax Law (Check all that apply).**

☐ False Exemption
☐ False Deductions
☒ Multiple Filing
☐ Organized Crime

☐ Unsubstantiated Income
☒ Kickback
☐ False/Altered Documents
☒ Failure to Pay Tax

☒ Unreported Income
☐ Narcotics Income
☒ Public/Political Corruption
☒ Failure to File Return

☐ Failure to Withhold Tax
☐ Wagering/Gambling
☐ Earned Income Credit
☒ Other (Describe below)

**5. Unreported Income and Tax Years (Fill in Tax Years and dollar amount(s), if known, e.g., TY2005 $10,000)**

TY____ $_____  TY____ $_____  TY____ $_____  TY____ $_____  TY____ $_____

**a. Comments (Briefly describe the facts of the alleged violation - Who/What/Where/When/How. Attach another sheet, if needed).**
paying Under The Table with Cash instead paying Them with A check, when people eat in They don't give us The Receipt. And The people work Thier are illegal Worker. No paper To Be Here in the states

**b. Are books/records available?**
☐ Yes  ☐ No  Don't Know

**c. Do you consider the taxpayer dangerous?**
☐ Yes  ☐ No

**d. Banks, Financial Institutions used by the taxpayer:**

| Name: | Name: |
| Address: | Address: |
| City/State/ZIP: | City/State/ZIP: |

**e. Please describe how you learned and/or obtained the information in this report (Attach another sheet, if needed):**

**6. Your Name:** Gary Barnett

**a. Address:** 1812 50th Street

**b. City/State/ZIP:** Los Angeles C.A. 90062

**c. Telephone Number (Please include the Area Code):** 213 454-3724

For Mailing Address, see Instructions

For Paperwork Reduction Act, see Instructions

Catalog Number 47872E

Form **3949 A** (Rev. 2-2007)

## Instructions

Provide the following information for the Person/Business You Are Reporting if Known:

1. Name
    a. Street Address of Residence
    b. City, State, and Zip Code
    c. Social Security Number
    d. Date of the Person's Birth

2. Business Name
    a. Street Address of Business
    b. City/State/Zip Code
    c. Enter Employer Identification Number
    d. Describe the Primary Business Activity

3. Indicate Martial Status

    **M** - Married   **S** - Single   **HH** - Head of Household   **Div** - Divorced   **Sep** - Separated

    3a. Enter name of spouse, if applicable.

4. Check all Tax Violations That Apply to Your Report or Describe in Comments If Not Listed.

5. If your report involves unreported income, indicate the year(s) and the dollar amount(s)
    5a. Briefly describe the facts of the alleged violation(s) as you know them. Please attach another sheet, if you need more room.
    5b. Indicate (Yes or No) if books and/or records are available that substantiate your report.
    5c. Indicate (Yes or No) if you consider the person to be violent or dangerous and provide an explanation in the comments section of this form.
    5d. List name and address of bank(s) and/or financial institution(s) used by the taxpayer if known.
    5e. Briefly explain how you learned of or obtained the information contained in your report. Please attach another sheet, if you need more room.

6. Enter your name, street address, city, state, zip code and a telephone number where you can be contacted. Indicate time of day you may be contacted if appropriate. **This Information is not Required to Process Your Report.**

**Please print and send your completed form to the Internal Revenue Service at:**

**Internal Revenue Service**
**Fresno, CA 93888**

**PAPERWORK REDUCTION NOTICE:** We ask for the information on this form to carry out the Internal Revenue laws of the United States. This report is voluntary and the information requested helps us determine if there has been a violation of Income Tax Law. We need it to insure that taxpayers are complying with these laws and to allow us to figure and collect the right amount of tax.

You are not required to provide the information on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administrations of any Internal Revenue laws. Generally, tax returns and tax return information are confidential, as required by Code section 6103.

The time required to complete this form will vary depending on individual circumstances. The estimated average time is 15 minutes.

### Privacy Act Notice

We are requesting this information under authority of 26 U.S.C. 7801.
The primary purpose of this form is to report potential violations of the Internal Revenue laws.
The information may be disclosed to the Department of Justice to enforce the tax laws.
Providing the information is voluntary. Not providing all or part of the information will not affect you.

Form **3949 A** (Rev. 2-2007)

Catalog Number 47872E

| Form 3949 A (Rev. 2-2007) | Department of the Treasury – Internal Revenue Service<br>**Information Referral**<br>*(See instructions on reverse)* | OMB # 1545-1960 |

| 1. Taxpayer Name Sulma Janeth Ayala Navarrete | 2. Business Name Sonsonate Grill Restaurant |
| **a. Street Address** 3415 6 Ave | **a. Street Address** 5011 S Western |
| **b. City/State/ZIP** Los Angeles C.A. 90018 | **b. City/State/ZIP** Los Angeles CA 90001 |
| **c. Social Security Number (SSN)** | **c. Employer Identification Number** |
| **d. Occupation** | **d. Principal Bus Activity** MR Ruben A Laguardia |
| **e. Date of Birth** | |

**3. Marital Status**
☐ Married ☒ Single ☐ Head of Household
☐ Divorced ☐ Separated

**3a. Name of Spouse**

**4. Alleged Violation of Income Tax Law (Check all that apply).**

☐ False Exemption  ☐ Unsubstantiated Income  ☒ Unreported Income  ☐ Failure to Withhold Tax
☐ False Deductions  ☒ Kickback  ☐ Narcotics Income  ☐ Wagering/Gambling
☐ Multiple Filing  ☐ False/Altered Documents  ☒ Public/Political Corruption  ☐ Earned Income Credit
☒ Organized Crime  ☒ Failure to Pay Tax  ☒ Failure to File Return  ☒ Other (Describe below)

**5. Unreported Income and Tax Years (Fill in Tax Years and dollar amount(s), if known, e.g., TY2005 $10,000)**

TY____ $_____   TY____ $_____   TY____ $_____   TY____ $_____   TY____ $_____   TY____ $_____

**a. Comments** (Briefly describe the facts of the alleged violation - Who/What/Where/When/How. Attach another sheet, if needed).

paying under the Table with cash instead paying them. With I ackeck, when people eat in They don't give us the Receipt. And The people who work ther are illegal workers. No paper to be here

**b. Are books/records available?**
☐ Yes ☒ No  Dont Know

**c. Do you consider the taxpayer dangerous?**
☐ Yes ☐ No  Dont Know

**d. Banks, Financial Institutions used by the taxpayer:**

| Name: | Name: |
| Address: | Address: |
| City/State/ZIP: | City/State/ZIP: |

**e. Please describe how you learned and/or obtained the information in this report (Attach another sheet, if needed):**

**6. Your Name:** Gary Barnett
**a. Address:** 1812 50th Street
**b. City/State/ZIP:** Los Angeles C.A. 90062
**c. Telephone Number (Please include the Area Code):** 213 454-3724

For Mailing Address, see Instructions

For Paperwork Reduction Act, see Instructions

Catalog Number 47872E

Form **3949 A** (Rev. 2-2007)

## Instructions

Provide the following information for the Person/Business You Are Reporting if Known:

1. Name
   a. Street Address of Residence
   b. City, State, and Zip Code
   c. Social Security Number
   d. Date of the Person's Birth

2. Business Name
   a. Street Address of Business
   b. City/State/Zip Code
   c. Enter Employer Identification Number
   d. Describe the Primary Business Activity

3. Indicate Martial Status

   **M** - Married    **S** - Single    **HH** - Head of Household    **Div** - Divorced    **Sep** - Separated

   3a. Enter name of spouse, if applicable.

4. Check all Tax Violations That Apply to Your Report or Describe in Comments If Not Listed.

5. If your report involves unreported income, indicate the year(s) and the dollar amount(s)

   5a. Briefly describe the facts of the alleged violation(s) as you know them. Please attach another sheet, if you need more room.

   5b. Indicate (Yes or No) if books and/or records are available that substantiate your report.

   5c. Indicate (Yes or No) if you consider the person to be violent or dangerous and provide an explanation in the comments section of this form.

   5d. List name and address of bank(s) and/or financial institution(s) used by the taxpayer if known.

   5e. Briefly explain how you learned of or obtained the information contained in your report. Please attach another sheet, if you need more room.

6. Enter your name, street address, city, state, zip code and a telephone number where you can be contacted. Indicate time of day you may be contacted if appropriate. **This Information is not Required to Process Your Report.**

Please print and send your completed form to the Internal Revenue Service at:

**Internal Revenue Service
Fresno, CA 93888**

**PAPERWORK REDUCTION NOTICE:** We ask for the information on this form to carry out the Internal Revenue laws of the United States. This report is voluntary and the information requested helps us determine if there has been a violation of Income Tax Law. We need it to insure that taxpayers are complying with these laws and to allow us to figure and collect the right amount of tax.

You are not required to provide the information on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administrations of any Internal Revenue laws. Generally, tax returns and tax return information are confidential, as required by Code section 6103.

The time required to complete this form will vary depending on individual circumstances. The estimated average time is 15 minutes.

### Privacy Act Notice

We are requesting this information under authority of 26 U.S.C. 7801.
The primary purpose of this form is to report potential violations of the Internal Revenue laws.
The information may be disclosed to the Department of Justice to enforce the tax laws.
Providing the information is voluntary. Not providing all or part of the information will not affect you.

Catalog Number 47872 E

Form **3949 A** (Rev. 2-2007)

Run Date: 10/07/2008  10:10:46AM

# City of Los Angeles
## Office of Finance - LATAX
### General Taxpayer Information

| MASTER ACCOUNT | LEGAL NAME | REG. STATUS | REG. CREATE DATE | MASTER MAILING ADDRESS |
|---|---|---|---|---|
| 0002366170 | 0000000BUSN/SONSONATE GRILL | Full | 08/04/2008 | |

| LOCATION ACCOUNTS | LOCATION ADDRESS | MAILING ADDRESS | Primary NAICS Secondary NAICS | LOCATION DBA | LOCTN START DATE | LOCTN END DATE | IN CITY Y/N | ENFORCEMENT COUNCIL EMPOWERMENT |
|---|---|---|---|---|---|---|---|---|
| 0002366170-0001-0 | 5011 S WESTERN AVENUE LOS ANGELES, CA 90062-2330 | | 0 0 | | 08/04/2008 | | | Enforcement District S Council District 8 No Zone |

LOCATION BREAKDOWN

RCC DBA

FCC

FCC  DESCRIPTION

***** END OF REPORT *****

Run Date: 10/07/2008  10:10:46AM                    Database: PROD

ATAX0078A_V01_GENERAL_TAXPAYER_INFORMATION_BY_ACCOUNT

un Date: 10/07/2008  10:06:47AM

## City of Los Angeles
## Office of Finance - LATAX
## General Taxpayer Information

Full                                    09/04/2007

**0002271409**    BUSN/SONSONATE GRILL

|  | LOCTN START DATE | LOCTN END DATE | IN CITY Y/N | ENFORCEMENT COUNCIL EMPOWERMENT |
|---|---|---|---|---|
| MAILING ADDRESS |  |  |  | |
|  | 09/04/2007 |  |  | Enforcement District 4<br>Council District 8<br>No Zone |

| MAILING ADDRESS | Primary NAICS<br>Secondary NAICS | LOCATION DBA | | |
|---|---|---|---|---|
|  | 0<br>0 |  | | |

**LOCATION ADDRESS**

LOCATION
ACCOUNTS

0002271409-0001-4    5011 S WESTERN AVENUE
LOS ANGELES, CA 90062-2330

| LOCATION BREAKDOWN | CERTIFICATE or PERMIT NUMBER | START of BUSINESS | OUT-of BUSINESS | PRIMARY FCC NAICS | FCC MAILING ADDRESS | FCC DBA |
|---|---|---|---|---|---|---|
| FCC |  |  |  |  |  | |
| FCC DESCRIPTION |  |  |  |  |  | |

***** END OF REPORT *****

Database: PROD

Run Date: 10/07/2008  10:06:47AM

Page 1

Run Date: 10/07/2008   9:51:12AM

## City of Los Angeles
### Office of Finance - LATAX
### General Taxpayer Information

**MASTER ACCOUNT**  LEGAL NAME

**0000604230**  RUBEN A LAGUARDIA

Full

| | | MASTER MAILING ADDRESS |
|---|---|---|

| | | Primary NAICS<br>Secondary NAICS | LOCATION<br>DBA | LOCTN<br>START<br>DATE | LOCTN<br>END<br>DATE | IN<br>CITY<br>Y/N | ENFORCEMENT<br>COUNCIL<br>EMPOWERMENT |
|---|---|---|---|---|---|---|---|
| | | | | 05/15/2002 | | Y | Enforcement District S<br>Council District 8<br>No Zone |

**LOCATION**  LOCATION ADDRESS          MAILING ADDRESS

**ACCOUNTS**

**0000604230-0001-8**  3993 S WESTERN AVENUE #6
LOS ANGELES, CA 90062-1166

| LOCATION RELATIONSHIP | | | MAILING ADDRESS | | | FCC DBA |
|---|---|---|---|---|---|---|
| | | | | | | PIZZA KING #2 |
| **FCC**<br>**FCC  DESCRIPTION** | | 01/01/2007 | 722110 | | | PIZZA KING #2 |
| 1,044  Retail Sales | Active | 05/15/2002 | | | | |
| 1,063  Amusement Machines | Active | 05/15/2002 | 01/01/2007 | 722110 | | |
| 1,167  Retail Sales | Cancelled | | | | | |

***** END OF REPORT *****

Run Date: 10/07/2008   9:51:12AM

Database: PROD

Page 1

_____ INFORMATION BY ACCOUNT

## MASTER LAND USE PERMIT APPLICATION
### LOS ANGELES CITY PLANNING DEPARTMENT

*Planning Staff Use Only*

| | | | |
|---|---|---|---|
| ENV No. 2007- 4392 - CE | Existing Zone C2 - IVL | | District Map *111 B193* |
| APC South L.A. | Community Plan *South Los Angeles* | | Council District 8 |
| Census Tract 2324 | APN 5016-037-002 | Staff Approval* | Date |

*Approval for Filing by Community Planning or Division of Land Staff, When Applicable

CASE NO. ZA 2007 4391 - CUB

APPLICATION TYPE C.U.P.

*(zone change, variance, conditional use, tract/parcel map, specific plan exception, etc.)*

1. **PROJECT LOCATION AND SIZE**

Street Address of Project 50113 Western Ave Los Angeles Zip Code 90062

Legal Description: Lot 3  Block 3  Tract Kendall's Berry Tract  Total Project Size (sq. ft.) 2,251.19

Lot Dimensions 141.28 X 52  Lot Area (sq. ft.) 7,343.90 sq ft

2. **PROJECT DESCRIPTION**

Describe what is to be done: Addition of Beer N Wine Sale on-site Consumption in An Existing Restaurant that Accomodates 30 Patrons And operates From 9am to 1100p.m Daily

Present Use: Restaurant  Proposed Use: Same with Beer N Wine Service  Date Filed:

Plan Check No. (if available)

Check all that apply:
- ☐ New Construction
- ☐ Change of Use
- ☐ Alterations
- ☐ Demolition
- ☑ Commercial
- ☐ Industrial
- ☐ Residential

Additions to the building:
- ☐ Rear
- ☐ Front
- ☐ Height
- ☐ Side Yard

3. **ACTION(S) REQUESTED**

Describe the requested entitlement which either authorizes actions OR grants a variance:

Code Section from which relief is requested:  Code Section which authorizes relief: 12.24-W,1

A Conditional Use Permit To Allow The Sale of Beer N Wine for On-Site Consumption in An Existing Restaurant Accomodating 30 patrons And

Code Section from which relief is requested:  Code Section which authorizes relief:

Operating Daily From 9Am To 11p.m

Code Section from which relief is requested:  Code Section which authorizes relief:

Code Section from which relief is requested:  Code Section which authorizes relief:

List related or pending case numbers relating to this site:

For information regarding the Public Hearing date, or the name & phone no. c the Zoning Investigator assigned to thi case call (213) 978-1318

SIGNATURES (Same as petition) ~perty owners in support of the request; not require or neighbor.

residential areas. (Attach sheet, if necessary)

| NAME (Print) | SIGNATURE | ADDRESS | KEY # ON MAP |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## 4. OWNER/APPLICANT INFORMATION

Applicant's name _Ruben Laguardia_    Company _Sonsonate Grill Restaurant_

Address: _5011 Western Ave._    Telephone: (323) _296-7470_ Fax: ( ) _N/A_

_Los Angeles Calif._    Zip: _90062_    E-mail: _____

Property owner's name (if different from applicant) _Leon Garr Trust_

Address: _5017 S. Western Ave_    Telephone: (213) _718-6114_ Fax: ( ) _N/A_

_Los Angeles, Calif._    Zip: _90062_    E-mail: _N/A_

Contact person for project information _Yvonne Garcia_    Company _Pizza King_

Address: _3993 So Western Ave_    Telephone: (323) _776-7416_ Fax: ( ) _N/A_

_Los Angeles. Calif._    Zip: _90062_    E-mail: _N/A_

## 5. APPLICANT'S AFFIDAVIT

Under penalty of perjury the following declarations are made:

a.  The undersigned is the owner or lessee if entire site is leased, or authorized agent of the owner with power of attorney or officers of a corporation (submit proof). (NOTE: for zone changes lessee may not sign).

b.  The information presented is true and correct to the best of my knowledge.

Signature: _Ruben Laguardia_

Print: _RUBEN LAGUARDIA_

Date: _8-29-07_

Subscribed and sworn before me this (date): _August 29, 2007_

_Satisfactory evidence consisting of Calif Driver Lic_

In the County of _Los Angeles_ , State of California

Notary Public _D.C. Steph_

Stamp:

D. C. STEPHENS
Commission # 1748365
Notary Public - California
Los Angeles County
My Comm. Expires Jun 27, 2011

## 6. ADDITIONAL INFORMATION/FINDINGS

In order for the City to render a determination on your application, additional information may be required. Consult the appropriate Special Instructions handout. Provide on attached sheet(s) this additional information using the handout as a guide.

NOTE: All applicants are eligible to request a one time, one-year only freeze on fees charged by various City departments in connection with your project. It is advisable only when this application is deemed complete or upon payment of Building and Safety plan check fees. Please ask staff for details or an application.

| Planning Staff Use Only | | |
|---|---|---|
| Base Fee $5395.00 | Reviewed and Accepted by _Eguitieng_ | Date 9/13/07 |
| Receipt No. 267314 | Deemed Complete by _Khodr_ | Date 9/25/07 |

ZA 2007 4391-CUB

CP-7771 (01/27/06)



MICHAEL LOGRANDE
CHIEF ZONING ADMINISTRATOR

ASSOCIATE ZONING ADMINISTRATORS
GARY BOOHER
PATRICIA BROWN
R. NICOLAS BROWN
SUE CHANG
ANIK CHARRON
LARRY FRIEDMAN
LOURDES GREEN
ERIC RITTER
MICHAEL S.Y. YOUNG

CITY OF LOS ANGELES
CALIFORNIA

ANTONIO R. VILLARAIGOSA
MAYOR

DEPARTMENT OF
CITY PLANNING

S. GAIL GOLDBERG, AICP
DIRECTOR
————
OFFICE OF
ZONING ADMINISTRATION
200 N. SPRING STREET, 7TH FLOOR
LOS ANGELES, CA 90012
(213) 978-1318
FAX: (213) 978-1334
www.lacity.org/PLN

February 14, 2008

Ruben LaGuardia (A)
Sonsonata Grill Restaurant
5011 South Western Avenue
Los Angeles, CA  90062

Leon Garr Trust (O)
5017 South Western Avenue
Los Angeles, CA  90062

Yvonne Garcia (R)
Pizza King
3993 South Western Avenue
Los Angeles, CA  90062

CASE NO. ZA 2007-4391(CUB)
CONDITIONAL USE
5011 South Western Avenue
South Los Angeles Planning Area
Zone     : C2-1VL
D. M.    : 111B193
C. D.    : 8
CEQA    : ENV 2007-4392-CE
Legal Description : Lot 3, Block 3,
    Kendall's Berry Tract

Pursuant to Los Angeles Municipal Code Section 12.24-W,1, I hereby <u>APPROVE</u>:

a conditional use to permit the sale of beer and wine for on-site consumption in conjunction with an existing restaurant,

upon the following additional terms and conditions:

1.  All other use, height and area regulations of the Municipal Code and all other applicable government/regulatory agencies shall be strictly complied with in the development and use of the property, except as such regulations are herein specifically varied or required.

2.  The use and development of the property shall be in substantial conformance with the plot plan submitted with the application and marked Exhibit "A", except as may be revised as a result of this action.

3.  The authorized use shall be conducted at all times with due regard for the character of the surrounding district, and the right is reserved to the Zoning Administrator to impose additional corrective Conditions, if, in the Administrator's opinion, such Conditions are proven necessary for the protection of persons in the neighborhood or occupants of adjacent property.

4.  All graffiti on the site shall be removed or painted over to match the color of the surface to which it is applied within 24 hours of its occurrence.

5.  A copy of the first page of this grant and all Conditions and/or any subsequent appeal of this grant and its resultant Conditions and/or letters of clarification shall be printed on the building plans submitted to the Zoning Administrator and the Department of Building and Safety for purposes of having a building permit issued.



AN EQUAL EMPLOYMENT OPPORTUNITY – AFFIRMATIVE ACTION EMPLOYER

6. The restaurant shall be maintained as a bonafide full service restaurant with a kitchen as defined in the Los Angeles Municipal Code. The restaurant shall provide a menu containing an assortment of foods which shall be made available at all times that the restaurant is open.

7. The square footage shall not exceed 2,251 square feet. The maximum seating capacity shall not exceed 32 indoor seats. No seats or stools are permitted at any counter/bar space on the premises. No outdoor seating is permitted.

8. Hours of operation shall not exceed 9 a.m. to 9 p.m. Monday through Friday and 9 a.m. to 10 p.m. Saturday and Sunday.

9. No parking variance for reduced parking has been requested or granted herein. Parking shall be provided in conformance with the Municipal Code to the satisfaction of the Department of Building and Safety.

10. No after-hours use of the restaurant shall be permitted.

11. No pool tables or coin operated electronic, video or mechanical amusement devices shall be maintained on the premises. No dancing, no piano bar and no live entertainment shall be permitted including a disc jockey. A juke box shall be permitted to remain. No conditional use for dancing has been requested or approved herein.

12. These conditions of approval as well as a copy of any Business permit, insurance information, security and any valet parking documentation and any emergency contact phone numbers shall be retained on the property at all times and shall be produced immediately upon the request of the Zoning Administrator, the Police Department, the Department of Building and Safety or other enforcement agency.

13. The applicant owner and on-site manager(s) shall comply with all applicable laws and conditions and shall properly manage the facility to discourage illegal and criminal activity on the subject premises and any accessory parking areas over which they exercise control.

14. A 24-hour hotline phone number shall be provided for the receipt of any complaints from the community regarding the premises. The phone number shall be posted at the entry, at any customer service desk and provided to abutting owners, local neighborhood groups and nearby churches, including the Greater New Jerusalem Church. Such number shall be provided within 30 days of the effective date of this action. The applicant/owner shall keep a log of complaints made and of responses which shall be available to the Zoning Administrator or any other enforcement agency upon request.

15. Any recorded amplified music shall not be audible beyond the boundaries of the subject restaurant.

16. **Within six months of the effective date of this action**, all employees involved with the sale of alcoholic beverages who have not received such training within the past year, shall enroll in the Los Angeles Police Department "Standardized Training for Alcohol Retailers (STAR)". Upon completion of such training, the applicant shall request the Police Department to issue a letter identifying which employees completed the training. The applicant shall transmit a copy of the letter from the Police Department to the Zoning Administrator as evidence of compliance. In the event there is a change in the licensee and or a change in employees, within six months of such change, this training program shall be required for all new staff.

CASE NO. ZA 2007-4391(CUB)

17. No employee or agent shall be permitted to accept money or any other item of value from a customer for the purpose of sitting or otherwise spending time with the customers while on the premises. No female or male patrons shall be made available to act as escorts, companions or guests of customers.

18. No enclosed customer booths shall be permitted. If booths exist and are separated by a partition, said booths shall be completely open on at least one side.

19. A camera surveillance system shall be installed which will cover all common areas as well as high-risk areas and entrances and exits. Video tapes shall be maintained for 30 days and shall be made available to the Police Department or other enforcement agency upon request.

20. The applicant shall be responsible for maintaining the area adjacent to the premises over his/her control free of litter. The adjacent public sidewalk shall be swept on a daily basis by the establishment's personnel.

21. Any exterior lighting in the parking area shall be installed such that the light is directed onto the subject site and shielded to prevent the light source from being viewed by any adjacent residential uses. Lighting shall be sufficient to identify anyone at the main entrance and at the rear of the restaurant.

**Condition Nos. 22 through 29 are alcohol-specific conditions which have been volunteered by the applicant. Unless otherwise noted the following conditions apply to both restaurants.**

22. No cocktail lounge shall be maintained on the premises

23. No alcohol shall be allowed to be consumed on any adjacent property under the control of the applicant.

24. There shall be no exterior advertising of any kind or type, including advertising directly to the exterior from within, promoting or indicating the availability of alcoholic beverages. Interior displays of alcoholic beverages or signs which are clearly visible to the exterior shall constitute a violation of this condition.

25. No alcohol shall be sold without the sale of food.

26. The sale of alcoholic beverages for consumption off the premises is prohibited.

27. No "Happy Hour" or reduced price drinks shall be permitted.

28. The quarterly gross sales of alcoholic beverages shall not exceed the gross sales of food during the same period. The licensee shall at all times maintain records which reflect separately the gross sales of food and the gross sales of alcoholic beverages of the licensee's business. Said records shall be kept no less frequently than on a quarterly basis and shall be made available to the Police Department or any other enforcement agency upon demand.

29. No artificially fortified wine (greater than 16% alcohol) shall be sold.

30. Notwithstanding any other provisions allowing for a time extension for lack of timely use of the privileges permitted herein, the authorization granted herein for the sale of alcohol on the subject premises is for a period of **two (2) years** from the effective

date of this grant. Thereafter, this authorization shall become null and void and a new conditional use will be required.

31.   **Within 30 days of the effective date of this action**, a covenant acknowledging and agreeing to comply with all the terms and conditions established herein shall be recorded in the County Recorder's Office. The agreement (standard master covenant and agreement form CP-6770) shall run with the land and shall be binding on any subsequent owners, heirs or assigns. The agreement with the conditions attached must be submitted to the Zoning Administrator for approval before being recorded. After recordation, a <u>certified</u> copy bearing the Recorder's number and date shall be provided to the Zoning Administrator for attachment to the subject case file.

## OBSERVANCE OF CONDITIONS - TIME LIMIT - LAPSE OF PRIVILEGES - TIME EXTENSION

All terms and Conditions of the approval shall be fulfilled <u>before</u> the use may be established. The instant authorization is further conditional upon the privileges being utilized within two years after the effective date of approval and, if such privileges are not utilized or substantial physical construction work is not begun within said time and carried on diligently to completion, the authorization shall terminate and become void. A Zoning Administrator may extend the termination date for one additional period not to exceed one year, if a written request on appropriate forms, accompanied by the applicable fee is filed therefore with a public Office of the Department of City Planning setting forth the reasons for said request and a Zoning Administrator determines that good and reasonable cause exists therefore.

## TRANSFERABILITY

This authorization runs with the land. In the event the property is to be sold, leased, rented or occupied by any person or corporation other than yourself, it is incumbent upon you to advise them regarding the conditions of this grant.

## VIOLATIONS OF THESE CONDITIONS, A MISDEMEANOR

Section 12.29 of the Los Angeles Municipal Code provides:

"A variance, conditional use, adjustment, public benefit or other quasi-judicial approval, or any conditional approval granted by the Director, pursuant to the authority of this chapter shall become effective upon utilization of any portion of the privilege, and the owner and applicant shall immediately comply with its Conditions. The violation of any valid Condition imposed by the Director, Zoning Administrator, Area Planning Commission, City Planning Commission or City Council in connection with the granting of any action taken pursuant to the authority of this chapter, shall constitute a violation of this chapter and shall be subject to the same penalties as any other violation of this Code."

Every violation of this determination is punishable as a misdemeanor and shall be punishable by a fine of not more than $1,000 or by imprisonment in the county jail for a period of not more than six months, or by both such fine and imprisonment.

## APPEAL PERIOD - EFFECTIVE DATE

The applicant's attention is called to the fact that this grant is not a permit or license and that any permits and licenses required by law must be obtained from the proper public agency. Furthermore, if any Condition of this grant is violated or if the same be not

CASE NO. ZA 2007-4391(CUB)

complied with, then the applicant or his successor in interest may be prosecuted for violating these Conditions the same as for any violation of the requirements contained in the Municipal Code. The Zoning Administrator's determination in this matter will become effective after FEBRUARY 29, 2008, unless an appeal therefrom is filed with the City Planning Department. It is strongly advised that appeals be filed early during the appeal period and in person so that imperfections/incompleteness may be corrected before the appeal period expires. Any appeal must be filed on the prescribed forms, accompanied by the required fee, a copy of the Zoning Administrator's action, and received and receipted at a public office of the Department of City Planning on or before the above date or the appeal will not be accepted. **Forms are available on-line at www.lacity.org/pln.** Public offices are located at:

Figueroa Plaza
201 North Figueroa Street,
    4th Floor
Los Angeles, CA 90012
(213) 482-7077

Marvin Braude San Fernando
  Valley Constituent Service Center
6262 Van Nuys Boulevard, Room 251
Van Nuys, CA 91401
 (818) 374-5050

If you seek judicial review of any decision of the City pursuant to California Code of Civil Procedure Section 1094.5, the petition for writ of mandate pursuant to that section must be filed no later than the 90th day following the date on which the City's decision became final pursuant to California Code of Civil Procedure Section 1094.6. There may be other time limits which also affect your ability to seek judicial review.

## NOTICE

The applicant is further advised that all subsequent contact with this office regarding this determination must be with the Zoning Administrator who acted on the case. This would include clarification, verification of condition compliance and plans or building permit applications, etc., and shall be accomplished **BY APPOINTMENT ONLY**, in order to assure that you receive service with a minimum amount of waiting. You should advise any consultant representing you of this requirement as well.

## INDEMNIFICATION

The applicant shall defend, indemnify and hold harmless the City, its agents, officers, or employees from any claim, action, or proceeding against the City or its agents, officers, or employees to attack, set aside, void or annul this approval which action is brought within the applicable limitation period. The City shall promptly notify the applicant of any claim, action, or proceeding and the City shall cooperate fully in the defense. If the City fails to promptly notify the applicant of any claim action or proceeding, or if the City fails to cooperate fully in the defense, the applicant shall not thereafter be responsible to defend, indemnify, or hold harmless the City.

## FINDINGS OF FACT

After thorough consideration of the statements contained in the application, the plans submitted therewith, the report of the Zoning Analyst thereon, the statements made at the public hearing on November 29, 2007, all of which are by reference made a part hereof, as well as knowledge of the property and surrounding district, I find that the requirements for authorizing a conditional use permit under the provisions of Section 12.24-W have been established by the following facts:

CASE NO. ZA 2007-4391(CUB)

## BACKGROUND

The site consists of a through lot located on the west side of Western Avenue, between 50th and 51st Streets. It has a frontage of 52 feet and a variable lot depth of 131 to 141 feet. The restaurant site has a frontage of 36 feet and a depth of 141 feet. It is located in Chesterfield Square, about 1/2 mile south of Vernon Avenue.   The lot area is 7,343 square feet.

The site is developed with a commercial building and an ancillary parking lot.

The property is situated on the Western Avenue north-south General Commercial axis, which is zoned C2-1VL, General Commercial land uses.  Examples of the types of businesses include auto repair, churches, a school, and a beauty salon. The residential areas to the west and east are respectively zoned R1-1, Low Residential, and R2-1, Low-Medium Residential.

Western Avenue, is a fully-improved Class II Major Highway, with asphalt roadway, curbs and gutter, and a standard dedication of 80 feet.

## BASIS FOR CONDITIONAL USE PERMITS

A particular type of development is subject to the conditional use process because it has been determined that such use of property should not be permitted by right in a particular zone. All uses requiring a conditional use permit from the Zoning Administrator are located within Section 12.24-W of the Los Angeles Municipal Code. In order for the sale of beer and wine for on-site consumption to be authorized, certain designated findings have to be made. In these cases, there are additional findings in lieu of the four standard findings for most other conditional use categories.

## FINDINGS

Following (highlighted) is a delineation of the findings and the application of the relevant facts to same:

1.  **The proposed location will be desirable to the public convenience or welfare and the location is proper in relation to adjacent uses or the development of the community.**

    The subject request entails a conditional use to permit the sale of beer and wine in a new restaurant which fronts onto Western Avenue. The restaurant recently opened and is dedicated primarily to the sale of food from El Salvador with also Mexican dishes provided, according to the applicant's representative. The restaurant has proposed seating limited to 32 patrons, with no outdoor patio or sidewalk seating. Parking is located at the rear of the building. No variance for any reduced parking has been requested or approved.  The facility is intended to be a full-service restaurant with no entertainment. The representative notes that it will be operated by the property owner who was also present at the hearing and who has other restaurants in the area.

    The subject site is located in proximity to a variety of other commercial and institutional uses and residential uses.  The surrounding area already includes a number of sensitive uses which include churches and schools and justifiably these have caused concern and a demand for greater oversight in the area.  Such have also been noted in a letter from the Community Coalition which cited the crime in the area and concerns that a liquor license would further any nuisance problems in the area.

CASE NO. ZA 2007-4391(CUB)

The concerns were also articulated at the public hearing on the matter. At least, four members of the Greater New Jerusalem Church located on Western Avenue testified as to their concerns and opposition. Other members also attended the hearing who did not speak. In general, there was support for a full-service restaurant but not with the service of beer and wine. Some members indicated that they had eaten at the establishment and enjoyed their meal.

The following points are a summary of Church members' testimony:

- Nearby market wanted to sell beer and wine and the request was rejected.
- Like to have a nice restaurant.
- Suffering in neighborhood with various vices. Do not perpetuate.
- Members do not mean any harm to business but harm will come back with sales.
- "Keep semblance of crime down"
- Parking is congested.
- Liquor stores in area, drunk driving a concern.
- Selling alcohol is not giving back to community
- Money cannot be motive to override safety.
- One can get drunk from beer or wine.
- Corner is frequented by prostitutes. They change in church yard.
- Recent meeting in August, 2007 with neighborhood prosecutor and the Office of the Eighth Council District and Police. As a result, telephone will be removed.
- Difficult to monitor if alcohol will be served with food only or drinks limited.

A resident of 50th Street also testified noting that the Police cannot provide the security needed in the area. He agreed that the project was a "nice restaurant" but added that around the corner there is a vacant building which has been the object of three raids and is used as a crack house. He added that there were prostitutes and "pimps" in the immediate area. He submitted photos of trash behind one of the buildings of concern identified along the alley. He voiced concerns that the restaurant could escalate the problem.

A representative of the Office of the Eighth Council District recommended that conditions be considered similar to those placed upon a restaurant located in the 1400 block of Jefferson Boulevard. He noted that the Office did not oppose the request but encouraged a number of conditions. The Council representative added that a sit-down restaurant is encouraged in the area where these are lacking. He noted this is not similar to a fast-food restaurant which is the source of a Council motion to control their influx. He added that there is high crime and that the alley is of concern but referenced conditions which have been memorialized by the Council Office in a 2006 letter. These relate to restrictions on alcohol, training, signs, security, camera surveillance, limited hours and parking lot lighting. He suggested that the proposed hours might also be reduced. In addition, he requested that the matter be taken under advisement to allow for the Western/Slauson Citizens Advisory Committee (CAC) to comment as well as the Central Area Neighborhood Council.

The matter was taken under advisement until February 1, 2008 to allow for additional review by the identified groups.

Subsequently, correspondence was received from the Community Redevelopment Area project manager noting that the CAC had reviewed the project which was described in the letter as having 60 seats, and hours or operation until 9 p.m. on

CASE NO. ZA 2007-4391(CUB)

weekday and until 10 p.m. on Saturday and Sunday. The CAC approved the granting of the request but specified that it should be only for a term grant of one year. It should be noted that the original conditional use application and hearing notice is for seating for 32 patrons and if 60 seats are proposed now such cannot be considered under this review.

A letter was also received from the Empowerment Congress Central Area Neighborhood Development Council noting its support for the request and for the retention of the restaurant in the community.

Most, even opponents, have recognized that the restaurant is an appreciated addition to the community which has not created any problems since its opening. No communication has been received from the Police Department noting any problems with the current operation or with the proposed request.

The points noted in opposition are legitimate concerns to be addressed. This action reflects a cautionary approval for a limited term grant of only two years based on the representation of the use as a bonafide restaurant. The restaurant is located along a commercially zoned corridor which serves as an appropriate location of the proposed use. In conjunction with the imposition of a number of conditions addressing operational and alcohol-related issues, the grant should safeguard public welfare and enhance public convenience.

2.  **The use will not be materially detrimental to the character of the development in the immediate neighborhood.**

The grant authorized herein incorporates a number of conditions which have been imposed upon the use as well as many which have been volunteered by the applicant. These conditions will continue to make the use more compatible with other uses in the surrounding community. A number of alcohol-specific conditions have been volunteered by the applicant which have been incorporated into this grant, which are otherwise not within the jurisdiction of the City to impose.

Seating is limited to 32 indoor seats as requested in the original application and indicated in the public hearing notice. No outdoor seating is permitted which also minimizes any potential noise impacts on adjoining residential uses or potential problems with monitoring. The hours reflected in this action represent those which the CAC considered in its recommendation to approve the request. These hours remain very reasonable as during the week, a closing hour of 9 p.m. is allowed and extended to 10 p.m. on Saturday and Sunday. The original request was for an 11 p.m. closing. The reduced hours are more in keeping with a family-oriented restaurant and will minimize any late evening conflicts with surrounding uses or other potential nuisance activities.

There is no live entertainment proposed or permitted. Parking exists on the site and is to be provided in accordance with the requirements of the Municipal Code. Additional conditions include but are not limited to alcohol sales training by the Police Department, a camera surveillance system, lighting, clean-up, noise mitigation, hotline number and circulation of the number to surrounding uses, including churches.

The subject grant for alcohol sales is authorized for a term of two years only after which time the applicant will have to file a new conditional use for the request. While the CAC had recommended a one year term grant, it is recognized that until such time as a license is active, the period of time to review how the operation is conducted with alcohol sales would be too short to evaluate appropriately if a one

CASE NO. ZA 2007-4391(CUB)

year limit was established. Imposing a term grant allows the City an opportunity to review the operation of the restaurant anew and any impacts of the neighborhood. If the operation has been conducted appropriately and without creating problems, then a subsequent decision on a new conditional use may take that into favorable consideration. A record of poor compliance and/or nuisance complaints would allow the City the discretion to not grant a conditional use and thus avoid the need to proceed with prolonged nuisance abatement proceedings. Thus, as conditioned, the use is anticipated to be compatible with the surrounding area.

3.   **The proposed location will be in harmony with the various elements and objectives of the General Plan.**

The South Los Angeles Plan Map designates the property for General Commercial land uses with corresponding zones of C1.5, C2, C4, RAS3 and RAS4 and Height District No. 1.

The subject property is planned and zoned for commercial uses. The restaurant is located within the commercially zoned portion of the property. The conditional authorization for the sale of alcoholic beverages on-site is allowed through the approval of the Zoning Administrator subject to certain findings. The required findings in support have been made herein.

4.   **The proposed use will not adversely affect the welfare of the pertinent community or result in an undue concentration of premises for the sale of alcoholic beverages after given consideration to the State laws and to the California Department of Alcoholic Beverage Control's guidelines for undue concentration after giving consideration to the number and proximity of these establishments within a 1,000-foot radius of the site, and giving consideration to crime rates in the area.**

According to the State of California Department of Alcoholic Beverage Control licensing criteria, 6 on-sale and 4 off-sale licenses are allocated to subject Census Tract No. 2324.00. There are currently 3 on-site and 1 off-site licenses in the tract.

The subject location is within an area where 1 off-site license exists within 1,000 feet. The number of licenses allocated is below the allocated limit. Nonetheless, this grant is approved for a limited term of only two years which allows for a more immediate review of the grant in its entirety at the end of such term and permits an evaluation of any impacts associated with a new license in this census tract.

Statistics from the Los Angeles Police Department reveal that in the subject Crime Reporting District No. 1203, which has jurisdiction over the property, a total of 403 crimes were reported in 2006, compared to the citywide average of 263 crimes and the high crime reporting district average of 316 crimes for the same period.

The crime rate numbers are higher than those rates identified for the City. A number of conditions, including the term grant, have been imposed to assure better oversight.

5.   **The use will not detrimentally affect the nearby residentially zoned communities in the area after giving consideration to the distance of the proposed use from residential buildings, churches, schools, hospitals, public playgrounds and other similar uses and other establishments dispensing, for sale or other consideration, alcoholic beverages, including beer and wine.**

CASE NO. ZA 2007-4391(CUB)

There are residential uses in the vicinity of the project site as well as numerous churches and schools in the area. The diversity amongst the uses is not uncommon. This grant has placed numerous conditions on the proposed project and not authorized uses of the property which might create potential nuisances for the surrounding area. Such imposition of conditions, as well as the imposition of a two-year term grant, will make the use a more compatible and accountable neighbor to the surrounding uses than would otherwise be the case.

## ADDITIONAL MANDATORY FINDINGS

6. The National Flood Insurance Program rate maps, which are a part of the Flood Hazard Management Specific Plan adopted by the City Council by Ordinance No. 172,081, have been reviewed and it has been determined that this project is located in Zone C, areas of minimal flooding.

7. On September 13, 2007, the project was issued a <u>Notice of Exemption</u> (Article III, Section 3, City CEQA Guidelines), log reference ENV 2007-4392-CE, for a Categorical Exemption, Class 5, Category 34, City CEQA Guidelines, Article VII, Section 1, State EIR Guidelines, Section 15100. I hereby adopt that action.

LOURDES GREEN
Associate Zoning Administrator
Direct Telephone No. (213) 978-1313
1318

LG:lmc

cc:    Councilmember Bernard C. Parks
          Eighth District
       Adjoining Property Owners
       County Assessor



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV08- 7542 RSWL (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
*Gary Barnett*

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**DEFENDANTS** *Ruben A Laguardia*
*Sulma Janeth Ayala Navarrete*
*Sandra Martinez*

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in this State | ☒4 | ☒4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☒3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No    ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
*Public Political Corruption Illegal Workers who Have No paper To Be Here.*

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☒ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: *CV08-7542*

CIVIL COVER SHEET

Page 1 of

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? ☒No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)    ☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;
☐ B. Involve the same or substantially the same parties or property;
☐ C. Involve the same patent, trademark or copyright;
☐ D. Call for determination of the same or substantially identical questions of law, or
☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☒ Check here if the U.S. government, its agencies or employees is a named plaintiff.

GARY BARNETT        Los Angeles  CA

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☒ Check here if the U.S. government, its agencies or employees is a named defendant.

Ruben A Laguardia
Sulma Janeth Ayala Navarrete        Los Angeles  CA
Sandra Martinez

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

Los Angeles  CA

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Gary Barnett_        Date _11-14-08_

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |