UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08- 7542 SVW (VBKx) | Date | January 13, 2009 |
|---|---|---|---|
| Title | Gary Barnett v. Ruben A. Laguardia et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   IN CHAMBERS ORDER re ORDER TO SHOW CAUSE

  Plaintiff is ORDERED to show cause by February 10, 2009 why this matter should not be dismissed for lack of jurisdiction, lack of standing, or failure to state a claim for which relief can be granted.  Under 28 U.S.C § 1331, federal district courts have original jurisdiction in actions "arising under the Constitution, laws or treaties of the United States."  28 U.S.C. § 1331 requires the plaintiff to draft a complaint which rests on a substantial question of federal law.  This requirement is met when "the plaintiff's statement of his own cause of action shows that it is based upon those laws or that Constitution."  See Louisville & Nashville R.R. v. Mottley, 211 U.S. 149, 152 (1908).  Here, Plaintiff has not cited any federal law which gives rise to a personal cause of action for Plaintiff's alleged grievances.

  Additionally, for a suit to be heard in federal district court the plaintiff must show he has standing to bring the case.  The requirements of standing are not met when a plaintiff claims to have suffered a general harm that is common to all taxpayers.  See Frothingham v. Mellon, decided with Mass. v. Mellon, 262 U.S. 447, 488 (1923).  The plaintiff must show that he has suffered, or is in immediate danger of suffering, a direct and distinct injury.  Id.

:

Initials of Preparer    PMC